## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| MARY BETH WRIGHT,<br><br>    Plaintiff, and as Representative<br>Of a Class of similarly situated individuals,<br><br>v.<br><br>MISHAWAKA HOUSING AUTHORITY,<br>an entity, and<br>COLLEEN OLUND, Executive Director<br>of the MISHAWAKA HOUSING<br>AUTHORITY,<br><br>        Defendants. | Case No.  3:15-cv-00532-RLM-CAN |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' CLASS ACTION COMPLAINT

Defendants, Mishawaka Housing Authority, an entity, and Colleen Olund, Executive Director of the Mishawaka Housing Authority (hereinafter collectively "Defendants"), by counsel, respectfully move this Court to extend the deadline to respond to Plaintiffs' Class Action Complaint by fourteen (14) days, to March 22, 2016, pursuant to Northern District of Indiana Local Rule 6-1(a). In support thereof, Defendants state as follows:

1. Defendants' answer or other response to Plaintiffs' Class Action Complaint is due on March 8, 2016. (Dkt. # 12).

2. Due to insurance issues, Defendants recently obtained new counsel.

3. This request is not made for purposes of delay, but to give Defendants' new counsel a reasonable amount of time to evaluate the case and respond to the complaint appropriately.

4.     On March 1, 2016, counsel for Defendants communicated with counsel for Plaintiff, Kent Hull, to seek his agreement to a fourteen (14) day enlargement of time for Defendants to respond to Plaintiff's Complaint. Mr. Hull had no objection to Defendants' request.

WHEREFORE, Defendants respectfully pray that this Honorable Court extend the deadline for Defendants to answer or otherwise respond to Plaintiffs' Class Action Complaint to March 22, 2016.

Respectfully submitted,

/s/ Steven Lammers
Steven P. Lammers, Atty. No. 26443-64
SmithAmundsen LLC
201 N. Illinois Street, Suite 1400
Indianapolis, Indiana 46204
Direct: (317) 464-4156
Fax: (317) 464-4157
slammers@salawus.com

Attorney for Defendants, Mishawaka Housing Authority, an entity and Colleen Olund, Executive Director of the Mishawaka Housing Authority

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 2, 2016, he electronically filed the foregoing **Defendants' Unopposed Motion to Extend Time to File Responsive Pleading to Plaintiffs' Class Action Complaint** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kent Hull
Lowell.k.hull10@nd.edu

Allan L. McLaughlin
amclaughlin@littler.com

Mark J. Plantan
mplantan@littler.com

/s/ Steven P. Lammers
Steven P. Lammers

Steven P. Lammers
SmithAmundsen LLC
201 N. Illinois Street, Suite 1400
Indianapolis, Indiana 46204
(317) 464-4100
slammers@salawus.com